# Court of Appeals
## Tenth Appellate District of Texas

---

10-25-00119-CR

---

John Joseph Pavelka,
Appellant

v.

The State of Texas,
Appellee

---

On appeal from the
66th District Court of Hill County, Texas
Judge Roy Sparkman, presiding
Trial Court Cause No. F218-24

---

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

John Pavelka, acting *pro se* before the trial court and on appeal, appeals the trial court's "Order for Examination Regarding Competency" pursuant to Code of Criminal Procedure Chapter 46, Subchapter A.  *See* TEX. CODE CRIM. PROC. Ch. 46, Subch. A.  Code of Criminal Procedure article 46B.011 provides that the trial court's order is not an appealable order.  TEX. CODE CRIM. PROC.

art. 46B.011. Accordingly, because the order is not appealable, we dismiss this appeal for want of jurisdiction.

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: April 24, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Senior Chief Justice Rose[1]
Dismissed
Do not publish
CR25



---

[1] The Honorable Jeff Rose, Senior Chief Justice (Retired) of the Third Court of Appeals, sitting by assignment of the Chief Justice of the Supreme Court of Texas.

Pavelka v. State